UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ACE AMERICAN INSURANCE COMPANY a/s/o CAREY RHOTEN, Plaintiffs<br><br>v.<br><br>ALDEN YACHTS and/or ALDEN YACHTS CORP., BRISTOL MARINE, DAVID MACFARLANE, JIM EWING and TODD JAREM<br><br>Defendants | 08 223S<br><br>CIVIL ACTION NO.: |

## PLAINTIFF'S DISCLOSURE STATEMENT

NOW comes the plaintiff, ACE AMERICAN INSURANCE COMPANY a/s/o CAREY RHOTEN, and submits in duplicate it Disclosure Statement pursuant to the Federal Rules of Civil Procedure, Rule 7.1.

ACE LIMITED is the publicly traded parent company of ACE AMERICAN INSURANCE COMPANY. CAREY RHOTEN is an individual.

By its attorneys,

Seth S. Holbrook

Seth S. Holbrook, RI Bar # 5677
HOLBROOK & MURPHY
238-240 Lewis Wharf
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com

Dated: June 4, 2008